NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1168

RANDALL B. CARTER,

Plaintiff-Appellant,

v.

ALK HOLDINGS, INC. (doing business as ACME Security)
and MICHAEL D. HASSEBROCK,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Georgia
in case no. 1:06-CV-2080, Chief Judge Jack T. Camp.

ON MOTION

Before PROST, Circuit Judge.

ORDER

ALK Holdings, Inc. moves to lift the stay of briefing and adopt an amended scheduling order. Carter responds and moves to strike the appearance of ALK.

On March 21, 2008, this court stayed briefing pursuant to 11 U.S.C. § 362 due to ALK's pending bankruptcy petition. ALK informs the court that the United States Bankruptcy Court for the Northern District of Georgia has dismissed the bankruptcy case. Thus, ALK requests that the court lift the stay.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to lift the stay is granted.

(2)     ALK's brief is due within 40 days of the date of filing of this order.

(3)     The motion to strike the appearance of ALK is denied.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Robert M. Ward, Esq.
        Elizabeth G. Borland, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2009

JAN HORBALY
CLERK

2008-1168                    2